IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JOSEPH MOODY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-00488-JB-N |
| | ) |
| WILLIAM E. SCULLY, JR., | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated July 26, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this habeas corpus action brought by Petitioner Steven Joseph Moody under 28 U.S.C. § 2241 is **DISMISSED without prejudice** as **MOOT** due to Moody's release from the challenged custody, that all pending motions are therefore also **DENIED** as **MOOT**, and that Moody is not entitled to a Certificate of Appealability in relation to this final adverse order.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 19th day of August, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE